COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER GRANTING APPELLANT'S UNOPPOSED MOTION TO RESET JANUARY 30, 2018 ORAL ARGUMENT SETTING

Cause number:           01-17-00485-CV

Style:                  Trokamed GmbH v. Richard Vieira, Christy Vieira, and Richard Vieira as Representative of the Estate of Janice C. Vieira

Date motion filed:      January 3, 2018

Type of Motion:         Motion to Reset Oral Argument

Party filing motion:    Appellant

It is **ordered** that Appellant's unopposed motion to reset the January 30, 2018 oral argument setting is granted. This case will be set for submission and oral argument at a later date.

Judge's signature: /s/ Russell Lloyd
                ☑ Acting individually

Date: January 5, 2018